**No. 61265.**—Bergdorf Goodman Co. and Bloomingdale Bros., a Div. of Fed. Dept. Stores, Inc. v. United States, protests 289286–K and 285190–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of vinyl plastic coasters similar in all material respects to those the subject of *Bergdorf Goodman Co.* v. *United States* (38 Cust. Ct. 177, C. D. 1859), the claim of the plaintiffs was sustained.